## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

—————————————————————

THE JAMES MADISON PROJECT *et al.*,

             Plaintiffs,

             v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

             Defendants.

—————————————————————

Case No. 1:16-cv-2531 (RJL)

## ANSWER TO FIRST AMENDED COMPLAINT

Defendants, the United States Department of Justice ("DOJ"), the Central Intelligence Agency ("CIA"), the Office of the Director of National Intelligence ("ODNI"), the Department of Homeland Security ("DHS"), the Department of Defense ("DoD"), and the Federal Election Commission ("FEC"), by and through undersigned counsel, hereby answer Plaintiffs' First Amended Complaint as follows:

The unnumbered introductory paragraph in Plaintiffs' First Amended Complaint consists of Plaintiffs' characterization of this lawsuit and conclusions of law, to which no response is required.

In response to the numbered paragraphs of the First Amended Complaint, Defendants respond as follows:

1.     This paragraph consists of a legal conclusion to which no response is required.

2.     This paragraph consists of a legal conclusion to which no response is required.

3.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

4.      Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

5.      Defendants admit that DOJ is an agency and that the National Security Division ("NSD") and the Federal Bureau of Investigation ("FBI") are components of DOJ.  The remainder of this paragraph consists of legal conclusions to which no response is required.

6.      Defendants admit that the CIA is an agency.  The remainder of this paragraph consists of legal conclusions to which no response is required.

7.      Defendants admit that ODNI is an agency.  The remainder of this paragraph consists of legal conclusions to which no response is required.

8.      Defendants admit that DHS is an agency and that the Office of Intelligence and Analysis is a component of DHS.  The remainder of this paragraph consists of legal conclusions to which no response is required.

9.      Defendants admit that DoD is an agency and that the National Security Agency ("NSA") is a component of DoD.  The remainder of this paragraph consists of legal conclusions to which no response is required.

10.      Defendants admit that the FEC is an agency.  The remainder of this paragraph consists of legal conclusions to which no response is required.

11.      The allegations in this paragraph do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  Defendants respectfully refer the Court to the cited documents for a complete and accurate statement of their contents.

12.      The allegations in this paragraph do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  Defendants respectfully refer the Court to the cited documents for a complete and accurate statement of their contents.

13.     The allegations in this paragraph do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  Defendants respectfully refer the Court to the cited documents for a complete and accurate statement of their contents.

14.     The allegations in this paragraph do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  Defendants respectfully refer the Court to the cited document for a complete and accurate statement of its contents.

15.     The allegations in this paragraph do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  Defendants respectfully refer the Court to the cited document for a complete and accurate statement of its contents.

16.     The allegations in this paragraph do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  Defendants respectfully refer the Court to the cited documents for a complete and accurate statement of their contents.

17.     The allegations in this paragraph do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  Defendants respectfully refer the Court to the cited documents for a complete and accurate statement of their contents.

18.     The allegations in this paragraph do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  Defendants respectfully refer the Court to the cited documents for a complete and accurate statement of their contents.

19.     The allegations in this paragraph do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  Defendants respectfully refer the Court to the cited documents for a complete and accurate statement of their contents.

20.     Defendants admit that Plaintiffs submitted a FOIA request to the National Security Division of the Department of Justice dated November 30, 2016.  The remainder of this paragraph

consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

21.     This paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

22.     This paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

23.     This paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

24.     This paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

25.     Defendants admit the first sentence in this paragraph.  The second sentence of this paragraph consists of a legal conclusion to which no response is required.

26.     This paragraph consists of legal conclusions to which no response is required.

27.     Defendants admit that Plaintiffs submitted a FOIA request to the FBI dated November 30, 2016.  The remainder of this paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

28.    This paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

29.    This paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

30.    Defendants aver that on February 17, 2017, the FBI issued a substantive response to Plaintiffs' FOIA request and respectfully refer the Court to that response letter for a complete and accurate statement of its contents. The second sentence of this paragraph consists of a legal conclusion to which no response is required.

31.    This paragraph consists of legal conclusions to which no response is required.

32.    Defendants admit that Plaintiffs submitted a FOIA request to the CIA dated February 10, 2017. The remainder of this paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

33.    This paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

34.    This paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

35.    Defendants admit the first sentence in this paragraph. The second sentence of this paragraph consists of a legal conclusion to which no response is required.

36.     This paragraph consists of legal conclusions to which no response is required.

37.     Defendants admit that Plaintiffs submitted a FOIA request to ODNI dated November 30, 2016.  The remainder of this paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

38.     This paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

39.     This paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

40.     Defendants admit that ODNI sent a letter to Plaintiff dated December 15, 2016 and respectfully refer the Court to that letter for a complete and accurate statement of its contents.

41.     Defendants admit the first sentence in this paragraph.  The second sentence of this paragraph consists of a legal conclusion to which no response is required.

42.     This paragraph consists of legal conclusions to which no response is required.

43.     Defendants admit that Plaintiffs submitted two FOIA requests to the DHS dated November 30, 2016.  The remainder of this paragraph consists of Plaintiffs' characterization of their FOIA requests, and Defendants respectfully refer the Court to those requests for a complete and accurate statement of their contents.

44.     This paragraph consists of Plaintiffs' characterization of their FOIA requests, and Defendants respectfully refer the Court to those requests for a complete and accurate statement of their contents.

45.     This paragraph consists of Plaintiffs' characterization of their FOIA requests, and Defendants respectfully refer the Court to those requests for a complete and accurate statement of their contents.

46.     Defendants lack knowledge or information sufficient to form a belief about the truth of the first phrase of the second sentence that Plaintiff JMP acted "[i]n reliance upon this information," but admit the rest of the allegations in this paragraph.  Defendants respectfully refer the Court to the cited letter for a complete and accurate statement of its contents.

47.     Defendants admit that DHS sent a response letter to Plaintiffs dated January 11, 2017 and respectfully refer the Court to that response letter for a complete and accurate statement of its contents.

48.     This paragraph consists of legal conclusions to which no response is required.

49.     Defendants admit that Plaintiffs submitted a FOIA request to the FBI dated November 30, 2016.  The remainder of this paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

50.     This paragraph consists of Plaintiffs' characterization of their FOIA request and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

51.     This paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

52.     This paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

53.     This paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

54.     Admitted.  Defendants respectfully refer the Court to the cited response letter for a complete and accurate statement of its contents.

55.     This paragraph consists of legal conclusions to which no response is required.

56.     Defendants admit that Plaintiffs submitted a FOIA request to the FBI dated November 30, 2016.  The remainder of this paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

57.     This paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

58.     Defendants admit the first sentence in this paragraph.  The second sentence of this paragraph consists of a legal conclusion to which no response is required.

59.     This paragraph consists of legal conclusions to which no response is required.

60.     Defendants admit that Plaintiffs submitted a FOIA request to the NSA dated November 30, 2016.  The remainder of this paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

61.     This paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

62.     This paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

63.     Admitted.  Defendants respectfully refer the Court to the cited response letter for a complete and accurate statement of its contents.

64.     Admitted.  Defendants respectfully refer the Court to the cited letter for a complete and accurate statement of its contents.

65.     Admitted.  Defendants respectfully refer the Court to the cited letter for a complete and accurate statement of its contents.

66.     Defendants admit the first sentence of this paragraph.  The second sentence of this paragraph consists of a legal conclusion to which no response is required.

67.     This paragraph consists of legal conclusions to which no response is required.

68.     Defendants admit that Plaintiffs submitted a FOIA request to the FEC dated November 30, 2016.  The remainder of this paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

69.     This paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

70.     This paragraph consists of Plaintiffs' characterization of their FOIA request, and Defendants respectfully refer the Court to that request for a complete and accurate statement of its contents.

71.     Admitted.  Defendants respectfully refer the Court to the cited response email for a complete and accurate statement of its contents.

72.     Admitted.  Defendants respectfully refer the Court to the cited letter for a complete and accurate statement of its contents.

73.     Admitted.  Defendants respectfully refer the Court to the cited response email for a complete and accurate statement of its contents.

74.     This paragraph consists of legal conclusions to which no response is required.

The remaining unnumbered paragraph, including subparts (1) through (4), constitutes a prayer for relief to which no response is required.  To the extent a response is deemed necessary, Defendants deny that Plaintiffs are entitled to the relief requested or to any relief whatsoever.

Defendants hereby deny all allegations in Plaintiffs' First Amended Complaint not expressly admitted or denied.

## **AFFIRMATIVE DEFENSES**

1.     Plaintiffs' failure to exhaust administrative remedies with respect to one or more of their claims precludes judicial review over those claims.

2.     Plaintiffs are not entitled to compel production of records exempt from disclosure by one or more exemptions of the FOIA, 5 U.S.C. § 552.

Dated: April 19, 2017                    Respectfully submitted,

                                                              CHAD A. READLER
                                                              Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT
Trial Attorney (VA Bar No. 89400)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, D.C. 20530
Tel.: (202) 616-8098
Fax: (202) 616-8460
Email: robert.c.merritt@usdoj.gov

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 19, 2017, a copy of the foregoing pleading was filed electronically via the Court's ECF system which sent notification of such filing to counsel of record.

/s/ *R. Charlie Merritt*
R. CHARLIE MERRITT
Trial Attorney (VA Bar No. 89400)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, D.C. 20530
Tel.: (202) 616-8098
Fax: (202) 616-8460
Email: robert.c.merritt@usdoj.gov

*Counsel for Defendants*