**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES MADISON PROJECT <u>et al.</u> | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 16-cv-02531 (RJL) |
| | * |
| DEPARTMENT OF JUSTICE <u>et al.</u> | * |
| | * |
| Defendants | * |

* * * * * * * * * * * *

**<u>NOTICE OF TERMINATION AS</u>**
**<u>COUNSEL FOR PLAINTIFF LOUISE MENSCH</u>**

The undersigned counsel hereby notifies this Court that Plaintiff Louise Mensch has terminated their legal representation effective immediately. At this time, the undersigned is unaware of any substitution of counsel and presumes Ms. Mensch will act *pro se*. Per the initial Complaint, future filings should be sent to her at 116 West 80th Street, N.Y., N.Y. 10024.

The representation by the undersigned of The James Madison Project, however, continues.

Date: September 6, 2017

                                                        Respectfully submitted,

                                                        /s/
                                            _____
                                            Mark S. Zaid, Esq.
                                            D.C. Bar #440532
                                            Bradley P. Moss, Esq.
                                            D.C. Bar #975905
                                            Mark S. Zaid, P.C.
                                            1250 Connecticut Avenue, N.W.
                                            Suite 200
                                            Washington, D.C. 20036
                                            (202) 454-2809
                                            (202) 330-5610 fax
                                            Mark@MarkZaid.com

                                            Attorney for Plaintiffs