## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES MADISON PROJECT et al. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 16-cv-02531 (RJL) |
| | * | |
| DEPARTMENT OF JUSTICE et al. | * | |
| | * | |
| Defendants | * | |

*   *   *   *   *   *   *   *   *   *   *   *

### NOTICE OF APPEARANCE

The undersigned hereby files his appearance for the Plaintiff The James Madison Project.

Date: September 6, 2017

Respectfully submitted,

/s/
_____
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Mark@MarkZaid.com

Attorney for Plaintiff
The James Madison Project