# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)    Case No. 1:16-cv-2531 (TNM)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the pro se plaintiff Louise Mensch, and Defendants the United States Department of Justice, the Central Intelligence Agency, the Office of the Director of National Intelligence, the Department of Homeland Security, the Department of Defense, and the Federal Election Commission, hereby stipulate to the dismissal of Ms. Mensch's claims against the Defendants with prejudice, with each side to bear its own costs, attorney fees, and expenses.  This stipulation is signed by all parties who have appeared in this case.

Dated: March 5, 2018

Respectfully submitted,

*/s/ Bradley P. Moss__*
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt____*
R. CHARLIE MERRITT
Trial Attorney (VA Bar No. 89400)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530

*Counsel for Plaintiff*
*The James Madison Project*

*/s/ Louise Mensch___*
LOUISE MENSCH
116 West 80th Street
N.Y., N.Y. 10024

*Plaintiff Pro Se*

Tel.: (202) 616-8098
Fax: (202) 616-8460
Email: robert.c.merritt@usdoj.gov

*Counsel for Defendants*