## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| THE JAMES MADISON PROJECT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-2531 (TNM) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' INDEX OF EXHIBITS

1.  Declaration of Katie A. Higginbothom (FEC)

    a.  Ex. A – Plaintiff's FOIA request

    b.  Ex. B – FEC's acknowledgement email

    c.  Ex. C – FEC's response email

    d.  Ex. D – FEC's response to Plaintiff's administrative appeal

2.  Declaration of Antoinette B. Shiner (CIA)

    a.  Ex. A – Plaintiff's FOIA request

    b.  Ex. B – CIA's acknowledgment letter

3.  Declaration of Patricia Gaviria (ODNI)

    a.  Ex. A – Plaintiff's FOIA request

    b.  Ex. B – ODNI's acknowledgment letter

    c.  Ex. C – ODNI's response letter

4.  Declaration of Christopher Butera (DHS NPPD)

5.  Declaration of Steven E. Thompson (NSA)

    a.  Ex. A – Plaintiff's FOIA request

     b.  Ex. B – NSA's January 19, 2016 acknowledgment and response letter

     c.  Ex. C – NSA's letter acknowledging Plaintiff's administrative appeal

     d.  Ex. D – Plaintiff's First Amended Complaint

     e.  Ex. E – NSA's February 15, 2018 response letter

     f.  Exs. F & G  - NSA's release of responsive documents

     g.  Ex. H – NSA' supplemental release

6. Declaration of Arthur R. Sepeta (DHS I&A)

     a.  Ex. A – Vaughn Index

     b.  Ex. B – Plaintiff's FOIA request

     c.  Ex. C – I&A's January 11, 2017 response letter

     d.  Ex. D – I&A search forms

7. Public Declaration of David M. Hardy (FBI)

     a.  Ex. A – Plaintiff's "election interference" FOIA request

     b.  Ex. B – FBI's January 31, 2017 letter acknowledging receipt of election interference request

     c.  Ex. C – February 17, 2017 letter issuing Glomar response in response to Plaintiff's election interference request

     d.  Ex. D – Plaintiff's "leaks investigations" FOIA request

     e.  Ex. E – FBI's letter notifying Plaintiff that its "leaks investigations" request did not reasonably describe the records it sought

8. Declaration of G. Bradley Weinsheimer (NSD)

     a.  Ex. A – Plaintiff's FOIA request

     b.  Ex. B – NSD's acknowledgement email

9. Declaration of Michael G. Seidel (FBI)

     a.  Ex. A – Plaintiff's "Congressional correspondence" FOIA request

b.  Ex. B – FBI's December 19, 2016 acknowledgment letter

c.  Ex. C – FBI's February 16, 2018 letter responding to Part 1 of Plaintiff's "Congressional correspondence" request

d.  Ex. D – FBI's May 3, 2018 letter responding to Part 2 of Plaintiff's "Congressional correspondence" request

e.  Ex. E – Declaration of Eric F. Stein, Director of the Office of Information Programs and Services, United States Department of State

f.  Ex. F – Declaration of Christine A. Halvorsen, Acting Assistant Director of FBI's Counterterrorism Division

Dated:  June 25, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*___
R. CHARLIE MERRITT
Trial Attorney (VA Bar No. 89400)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Tel.: (202) 616-8098
Fax: (202) 616-8460
Email: robert.c.merritt@usdoj.gov

*Counsel for Defendants*