IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   Case No. 1:16-cv-2531 (TNM)<br>) |
| U.S. DEPARTMENT OF JUSTICE *et al.*, | )<br>) |
| Defendants. | )<br>) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree to dismissal of this action with prejudice.

Dated: October 10, 2018                                   Respectfully submitted,

/s/ Bradley P. Moss                                              CHAD A. READLER
Bradley P. Moss, Esq.                                         Principal Deputy Assistant Attorney General
D.C. Bar #975905
Mark S. Zaid, Esq.                                              MARCIA BERMAN
D.C. Bar #440532                                                Assistant Branch Director
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.              /s/ R. Charlie Merritt
Suite 200                                                              R. CHARLIE MERRITT
Washington, D.C. 20036                                  Trial Attorney (VA Bar No. 89400)
(202) 454-2809                                                    U.S. Department of Justice
(202) 330-5610 fax                                              Civil Division, Federal Programs Branch
Brad@MarkZaid.com                                        919 East Main Street, Suite 1900
Mark@MarkZaid.com                                      Richmond, VA 23219
                                                                              (202) 616-8098 (phone)
*Counsel for Plaintiff*                                          (804) 819-7417 (fax)
                                                                              robert.c.merritt@usdoj.gov

                                                                              *Counsel for Defendants*